IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA, for the
use and benefit of WARWICK PLUMBING
& HEATING CORPORATION

    Plaintiff

v.                                           Civil Action No.: 4:15 cv 111

BCI CONSTRUCTION USA, INC.

and

WESTERN SURETY COMPANY

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

THIS DAY came the use plaintiff, by counsel, and filed this Notice of Voluntary Dismissal advising the Court that all matters in controversy in this action have been settled and resolved, and requesting that this matter be dismissed with prejudice and removed from the docket of this Court.

I ask for this:

        /s/
David A. Hearne, Esq. (VSB No. 28674)
Outland, Gray, O'Keefe & Hubbard
709 Greenbrier Pkwy.
P. O. Box 2250
Chesapeake, Virginia 23327-2250
Phone:       (757) 547-0171
Facsimile:    (757) 436-9446
E-mail:      davidh@ogoh.com
*Counsel for UNITED STATES OF AMERICA for the use and benefit of*
*WARWICK PLUMBING & HEATING CORPORATION*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing NOTICE OF VOLUNTARY DISMISSAL was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

W. Ryan Snow, VSB No. 47423
Amy Taipalus McClure, VSB No. 77937
CRENSHAW, WARE & MARTIN, PLC
150 W. Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
amcclure@cwm-law.com
*Counsel for BCI CONSTRUCTION USA, INC. and
WESTERN SURETY COMPANY*

This 10th day of December, 2015.

              Respectfully submitted,

              /s/ David A. Hearne
              David A. Hearne, Esquire
              Virginia Bar No. 28674
              Attorney for Defendants
              DAVIDH@OGOH.COM
              OUTLAND, GRAY, O'KEEFE & HUBBARD
              709 Greenbrier Parkway
              Chesapeake, VA 23320
              Tel. (757) 547-0171
              Fax. (757) 436-9446